| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alfredo GOMEZ-LOPEZ**<br>Citizen of Guatemala<br>DOB: 1984 | DOCKET NO. **VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>12 - 02393 M- |

Complaint for violation of Title 18 United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 19, 2012, at or near Sells, in the District of Arizona, **Alfredo Gomez-Lopez** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Kruse Fillerup, an officer of the United States, Department of Homeland Security, while he was engaged in and on account of the performance of his official duties, that is, **Alfredo Gomez-Lopez** repeatedly punched and bit Agent Fillerup on the chest and other areas of his body, and ripped parts of the agent's gun belt off; in violation of Title 18, United States Code, Sections 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 19, 2012, around 12:00 noon, U.S. Border Patrol Agents were working in uniform in the Baboquivari Mountains, just east of Sells, in the District of Arizona when a group of suspected illegal aliens was spotted. When two of those individuals were encountered, they ran. Upon reaching one of them, Gomez-Lopez, the suspect punched Agent Fillerup in the chest. A struggle ensued wherein Gomez-Lopez continued to punch and thrash at Agent Fillerup. At one point Gomez-Lopez had ripped parts of the agent's gun belt off. During the struggle, the pair fell off of a ledge and over a 6 foot waterfall. Back on the ground, Gomez-Lopez continued to punch Agent Fillerup and was also now biting him. Eventually another agent was able to come to Agent Fillerup's assistance and Gomez-Lopez was hand cuffed. Post-Miranda, Gomez-Lopez admitted that he was a citizen of Guatemala who had crossed into the U.S. illegally, via the U.S. Mexico boundary. He did not have any documents allowing him to enter or remain lawfully in the U.S.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Rec: Detention<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>GMS/cvg<br>Approved by AUSA G. Micah Schmit | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>United States Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 20, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54